TUCKER ELLIS LLP
DANIEL J. KELLY SBN 145088
daniel.kelly@tuckerellis.com
201 Mission Street, Suite 2310
San Francisco, CA 94105
Telephone:    415.617.2400
Facsimile:     415.617.2409

Attorneys for Defendant
HUNTINGTON INGALLS INCORPORATED
successor to Ingalls Shipbuilding

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| ALBERT JOHNSON JR., | Case No. 3:25-cv-05330-VC |
|---|---|
| Plaintiff, | Assigned Judge: Hon. Vince Chhabria |
| v. | **DECLARATION OF DANIEL J. KELLY IN SUPPORT OF HUNTINGTON INGALLS MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| 3M COMPANY f/k/a MINNESOTA MINING & MANUFACTURING COMPANY; et al. | |
| Defendants. | |

I, Daniel J. Kelly, declare:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California and the United States District Court for the Northern District of California. I am an attorney with Tucker Ellis LLP, counsel of record for defendant Huntington Ingalls Incorporated, successor to Ingalls Shipbuilding ("Huntington Ingalls"). I make this declaration in support of defendant Huntington Ingalls Motion for Leave to File Motion for Reconsideration.

2. On July 28, 2025, the Court issued an order requiring a response to plaintiff's motion to remand by July 30, 2025. At the time, I was on vacation in Minnesota. I had conducted preliminary research for Huntington Ingalls' opposition to plaintiff's remand motion in anticipation of filing the

opposition on August 5, 2025 [regular time]. I immediately attempted to identify a witness to address the factual challenge to the notice of removal.

3. In completing my research, I failed to identify the dispositive 9th Circuit authority *Dietrich v. Boeing Company*, 14 F.4th 1089 (9th Cir. 2021). After receiving plaintiff's reply, my further research identified *Johnson v Air & Liquid Systems Corporation*, 2024 WL 3914867 (W.D. Wash. Aug. 23, 2024) and *Bouchard v CBS Corp.*, 2012 WL 1344388 (E.D. Pa. Apr. 17, 2012). Although the legal arguments were contained in the opposition, the case citations were not. Huntington Ingalls should not be penalized for my failure to identify the cases sooner.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on August 20, 2025, in Mill Valley, California.

_____
Daniel J. Kelly

2
DECLARATION OF DANIEL KELLY IN SUPPORT OF MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

012758\000219\1717567.1

**CERTIFICATE OF SERVICE**

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b). I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 201 Mission Street, Suite 2310, San Francisco, CA 94105. My email address is anna.villanueva@tuckerellis.com.

On the date indicated below, a true and correct copy of the foregoing **DECLARATION OF DANIEL J. KELLY IN SUPPORT OF HUNTINGTON INGALLS MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** was filed with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice before the District Court for the Northern District of California and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on, August 20, 2025, at San Francisco, California.

By  */s/ Anna Villanueva*
    Anna Villanueva